**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No.  20-cr-00266-CMA-GPG-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. AURELLO AMBRIEZ ALVAREZ,

    Defendant.

---

**ORDER ADOPTING AND AFFIRMING AUGUST 3, 2021 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

This matter is before the Court on the Recommendation of Magistrate Judge Gallagher (Doc. #152). The Court notes that pursuant to the terms of the written plea agreement, Defendant entered a plea of guilty to an Information charging a violation of 21 U.S.C. § 846, conspiracy to possess with the intent to distribute a mixture and substance containing a detectable amount of marijuana.  The Court also notes that Defendant consented to Magistrate Judge Gallagher advising him with regard to his Constitutional rights and his rights pursuant to Rule 11 of the Federal Rules of Criminal Procedure. Magistrate Judge Gallagher conducted the Rule 11 hearing on August 3, 2021, at which time he appropriately advised the Defendant of his rights and made inquiry as to the Defendant's understanding of the charges, the terms of the plea agreement, the voluntariness of his plea, and of the consequences of pleading guilty.

Based on that hearing Magistrate Judge Gallagher recommended that the District Court Judge accept Defendant's plea of guilty to the Information.

Neither the Defendant nor the Government has filed any objections to the Magistrate Judge's Recommendation; therefore, it is ORDERED THAT:

1. Court Exhibits 1 and 2 are accepted and admitted.

2. The plea as made in open court on August 3, 2021 is accepted and the Defendant is adjudged guilty of violation of 21 U.S.C. § 846, conspiracy to possess with the intent to distribute a mixture and substance containing a detectable amount of marijuana.

DATED: August 25, 2021

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge